UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSYS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>QUALITAU, INC., et al.,<br><br>            Defendants. | Case No.  21-cv-09641-TLT<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Re: ECF No. 38 |

Before the Court is a filed stipulation signed by all the parties to dismiss the entire action, including all claims and counterclaims, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.  Each party shall bear its own attorney's fees, costs, and expenses.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 19, 2022

TRINA L. THOMPSON
United States District Judge